# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES,<br><br>Petitioner,<br><br>v.<br><br>KEVIN McALEENAN, Acting Security of the Department of Homeland Security, et al.,<br><br>Respondents. | Case No. 5:19-CV-01418-ODW-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Application for Issuance of Order to Show Cause Pursuant to 28 U.S.C. § 2243" (including the attachment) and petitioner's subsequent submissions, all of which the Court collectively construes to be a Petition for Writ of Habeas Corpus under 28 U.S.C. section 2241 is denied and this action is dismissed without prejudice.

DATED: October 31, 2019

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE